# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS C. BERREYES, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SOUTHERN CALIFORNIA GAS COMPANY, a California corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00464-JLT-SKO<br><br>**ORDER GRANTING STIPULATION TO TRANSFER VENUE** |

Because a change of venue would be both for the convenience of the parties and witnesses in this action and in the interest of justice, the Parties' Stipulation to Transfer Venue is hereby granted, and this case is hereby transferred to the United States District Court for the Central District of California, Eastern Division. With the transfer of this case, the motion for remand is moot. The Scheduling Conference currently set on August 24, 2022 is vacated.

IT IS SO ORDERED.

Dated: **July 8, 2022**

UNITED STATES DISTRICT JUDGE